**UNITED STATES of America, Appellant, v. TREASURE COMPANY and Samarkand Oil Company, Appellees (two cases).**

Nos. 11136, 11164.

Circuit Court of Appeals, Ninth Circuit.

Nov. 15, 1945.

Eugene D. Williams, Sp. Asst. to Atty. Gen., and August Weyman, Sp. Atty., of Los Angeles, Cal., for appellant.

Bodkin, Breslin & Luddy, of Los Angeles, Cal., for appellees.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above causes dismissed, that a decree of dismissal be filed in each cause and recorded in the minutes of this court in accordance with the stipulation, and that the mandate of this court in above causes issue forthwith.